# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number-03-10495-Adv.#03-50995(JKF)
Deputy Clerk Transferring Case- Violetta Blanco (302) 252-2902
Case Type: Appeal [Nature of Suit 454 U.S.C.158]

**Order, Date Entered and Issues**
   Notice of Appeal was entered on February 22, 2005  (Docket #104)

**Debtor:**                          **Combustion Engineering**

                                     **Christopher Dean Loizides**
**Counsel:**                         Loizides & Associates
                                     1225 King Street
                                     Suite 800
                                     Wilmington, DE 19801
                                     302-654-0248
                                     Email:ecfadmin@loizides.com


**Appellant:**                       **Francesca Trinchese**

**Counsel:**                         **Neol C. Burnham**
                                     Montgomery McCracken
                                     300 Delaware Ave
                                     Suite 750
                                     Wilmington, DE 19801
                                     302-504-7890
                                     Email: nburnham@mmwr.com


**Appellee:**                        **Combustion Engineering, Inc.**

**Counsel:**                         Christopher Dean Loizides
                                     Loizides & Associates
                                     1225 King Street
                                     Suite 800
                                     Wilmington, DE 19801
                                     302-654-0248
                                     Email: ecfadmin@loizides.com