UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re:                                                       :    Chapter 11
:
    Combustion Engineering, Inc.,                       :    Case No. 03-10495 (JKF)
:
    Debtor.                                              :
---------------------------------------------------------------X
:
VICTOR TRINCHESE,                                            :    Adv. No. 03-50995 (JKF)
:
:
        Plaintiffs,                                 :
:
  v.                                                         :
:
COMBUSTION ENGINEERING, INC.,                                :
HASBROUCK HAYNES, JR, CPA, as Regular                        :
Trustee of the CE Settlement Trust dated                     :
November 22, 2002, WILMINGTON TRUST                          :
COMPANY, a Delaware Banking Corporation, as                  :
the Delaware Trustee of the CE Settlement Trust              :
Dated November 22, 2002, JOSEPH F. RICE,                     :
Claimant Representative, THE CE SETTLEMENT                   :
TRUST dated November 22, 2002, and JOHN                      :
AND JANE DOES Nos. 1-75,000 (being unknown                   :
persons and/or entities to whom payment was                  :
made from the Trust and those unknown persons                :
and entities for whose benefit such payments were            :
made within ninety (90) days prior to Debtor's               :
Bankruptcy petition),                                        :
:    Re: Adv. Docket No. 103
    Defendants.                                          :
---------------------------------------------------------------X

**DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

        Michael Pope, Anthony DeFabbo and Eric Travers (the "Appellants"), creditors with unliquidated asbestos personal injury claims against the above Debtor, by and through their undersigned counsel, hereby designate the following items to be included in

the record on its appeal from the Order of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, signed and bench filed on February 10, 2005 and entered on the docket on February 11, 2005, appointing representatives to pursue avoidance actions on behalf of the bankruptcy estate (the "February 10th Order") (Adv. DN 103):

| Index Number | Date | Docket Entry (bankruptcy proceeding) | Docket Entry (adversary proceeding) | Docket Text |
|---|---|---|---|---|
| 1 | 2/18/03 | 22 | -- | Debtor Motion for Entry of an Order Approving and Authorizing the Appointment of David Austern as the Legal Representative for Future Asbestos Claimants |
| 2 | 3/13/03 | 137 | -- | Limited Objection by Unofficial Committee of Select Asbestos Claimants to Debtor's Motion for Entry of Order Approving and Authorizing the Appointment of David Austern as Legal Representative for Future Asbestos Claimants and Request for Discovery Prior to Such Appointment |
| 3 | 3/13/03 | 139 | -- | Objection to Motion for Order Approving and Authorizing the Appointment of David Austern as Legal Representative for Future Asbestos Claimants Filed by Official Committee of Unsecured Creditors |
| 4 | 1/6/05 | 1918 | 67 | Motion to Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate |

| 5 | 1/14/05 | 1924 | -- | Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor |
| --- | --- | --- | --- | --- |
| 6 | 1/14/05 | 1925 | -- | Motion to Shorten Notice of Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor |
| 7 | 1/18/05 | 1926 | 70 | Reply and Cross Motion of Francesca Trinchese, as Successor in Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate |
| 8 | 1/18/05 | 1928 | -- | Objection to Plan Proponents' Motion to Appoint David Austern as Party in Interest to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate, by Unsecured Creditors William Airgood, Anthony DeFabbo and Eric Travers |
| 9 | 1/18/05 | 1929 | 73 | Limited Objection to the Appointment of David Austern as Estate Representative to Pursue Avoidance Actions and Request for Further Relief Filed by Official Committee of Unsecured Creditors |

| | | | | |
|---|---|---|---|---|
| 10 | 1/20/05 | 1939 | -- | Objection to Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor |
| 11 | 1/20/05 | 1940 | -- | Objection of Unsecured Creditors William Airgood, Anthony DeFabbo and Eric Travers to Cross Motion of Franchesca Trinchese, as Successor in Interest to Victor Trinchese, to Pursue Avoidance Actions |
| 12 | 1/20/05 | 1941 | -- | Plan Proponents' Motion for Leave to File Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern |
| 13 | 1/24/05 | 1948 | -- | Objection to Plan Proponents' Motion for Leave to File Omnibus Reply Filed by William Airgood, Anthony DeFabbo, Eric Travers |
| 14 | 1/26/05 | 1958 | -- | Notice of Agenda of Matters Scheduled for Hearing on January 27, 2005 Before the Honorable Judith K. Fitzgerald |
| 15 | 2/2/05 | 1962 | -- | Transcript of Hearing Held on 1/27/05 |
| 16 | 2/7/05 | 1971 | -- | Order Regarding Scheduling to Consider Appointment of Candidate Authorized to Pursue Avoidance Actions on Behalf of the Estate |
| 17 | 2/7/05 | 1973 | -- | Notice of Agenda of Matters Scheduled for Hearing on February 10, 2005 Before the Honorable Judith K. Fitzgerald |

| 18 | 2/8/05 | 1978 | 94 | Status Report to the Court by David Austern, as Representative of the Bankruptcy Estate, with Respect to Certain Avoidance Actions |
| --- | --- | --- | --- | --- |
| 19 | 2/8/05 | 1979 | -- | Objection of Unsecured Creditors William Airgood, Anthony DeFabbo and Eric Travers to Avoidance Complaints and Proposed Avoidance Complaints Prepared or Due to be Prepared by Austern and Trinchese |
| 20 | 2/9/05 | 1982 | -- | Notice of Agenda of Matters Scheduled for Hearing on February 10, 2005 Before the Honorable Judith K. Fitzgerald |
| 21 | 2/9/05 | 1986 | -- | Notice of Telephonic Participation in Hearing on February 10, 2005 Before the Honorable Judith K. Fitzgerald |
| 22 | 2/9/05 | 1987 | -- | Amended Notice of Agenda of Matters Scheduled for Hearing on February 10, 2005 Before the Honorable Judith K. Fitzgerald |
| 23 | 2/11/05 | -- | 103 | Order Appointing Representatives to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate |
| 24 | 2/22/05 | 2075 | 104 | Notice of Appeal Filed by Eric Travers, Anthony DeFabbo, William Airgood |

In addition, Appellants hereby state the issues on appeal as follows:

I. Did the Bankruptcy Court err in authorizing David Austern, the Future Claimants' Representative, to act as, and be added as, a party plaintiff in the matter of *Trinchese v. Combustion Engineering, Inc., et al.*, Adv. No. 03-50995 (the "Trinchese Adversary Proceeding"), as a representative of the Bankruptcy Estate?

| | |
|---|---|
| II. | Did the Bankruptcy Court err in appointing David Austern, the Future Claimants' Representative, to represent the Bankruptcy Estate in connection with the institution of proceedings to recover any potentially avoidable transfers made by the Debtor within the 90 days prior to the Petition Date to (i) persons asserting asbestos claims against the Debtor, whose claims were not paid by the CE Settlement Trust, or (ii) their counsel (collectively, the "Non-CE Settlement Trust Claims")? |
| III. | Did the Bankruptcy Court err in staying the Trinchese Adversary Proceeding pending further Court order? |
| IV. | Did the Bankruptcy Court err in staying all adversary proceedings commenced by David Austern with respect to Non-CE Settlement Trust Claims pending further Court order? |
| V. | Did the Bankruptcy Court err in failing to consider Appellants' motion for an order authorizing William Airgood, Anthony DeFabbo and Eric Travers to commence and prosecute an avoidance action on behalf of the Debtor prior to rendering the February 10th Order and decision? |

Dated: March 4, 2005

/s/ Christopher D. Loizides
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      Loizides@loizides.com

-and-

Samantha L. Southall, Esq. (admitted *pro hac vice*)
COHEN POPE PLLC
1633 Broadway, 20th Floor
New York, New York 10019
Telephone:   (212) 319-7757

*Attorneys for William Airgood,
Anthony DeFabbo, and Eric Travers*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re: : Chapter 11
:
    Combustion Engineering, Inc., : Case No. 03-10495 (JKF)
:
    Debtor. :
------------------------------------------------------------X
:
VICTOR TRINCHESE, : Adv. No. 03-50995 (JKF)
:
:
    Plaintiffs, :
:
v. :
:
COMBUSTION ENGINEERING, INC., :
HASBROUCK HAYNES, JR, CPA, as Regular :
Trustee of the CE Settlement Trust dated :
November 22, 2002, WILMINGTON TRUST :
COMPANY, a Delaware Banking Corporation, as :
the Delaware Trustee of the CE Settlement Trust :
Dated November 22, 2002, JOSEPH F. RICE, :
Claimant Representative, THE CE SETTLEMENT :
TRUST dated November 22, 2002, and JOHN :
AND JANE DOES Nos. 1-75,000 (being unknown :
persons and/or entities to whom payment was :
made from the Trust and those unknown persons :
and entities for whose benefit such payments were :
made within ninety (90) days prior to Debtor's :
Bankruptcy petition), :
: **Re: Adv. Docket No. 103**
    Defendants. :
------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, do hereby certify that on the 4th day of March, 2005, I did cause to be served true and correct copies of the foregoing DESIGNATION OF THE

RECORD AND STATEMENT OF ISSUES ON APPEAL on the parties on the attached service list, as indicated thereon.

Dated: March 4, 2005

        /s/ Christopher D. Loizides
Christopher D. Loizides (Del. Bar No. 3968)
LOIZIDES & ASSOCIATES
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         Loizides@loizides.com

*Attorneys for William Airgood,*
Anthony DeFabbo, and Eric Travers

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Jeffrey N. Rich, Esq.
Kirkpatrick Lockhart Nicholson & Graham LLP
599 Lexington Avenue
New York, NY 10022-6030
*Counsel for Debtor and Debtor-in-Possession*

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel for Debtor and Debtor-in-Possession*

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
*Counsel for Francesca Trinchese, successor-in-interest to Victor Trinchese, deceased party*

Dean A. Hanley, Esq.
Paul, Hanley & Harley, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
*Counsel for Francesca Trinchese, successor-in-interest to Victor Trinchese, deceased party*

Elizabeth Wall Magner, Esq.
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LA 70163-1806
Telephone:    (504) 599-8650
*Counsel for Francesca Trinchese, successor-in-interest to Victor Trinchese, deceased party*

Kathleen Campbell, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
*Counsel for The Official Committee of Unsecured Creditors of Combustion Engineering, Inc.*

Frances Gecker, Esq.
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
*Counsel for The Official Committee of Unsecured Creditors of Combustion Engineering, Inc.*

Richard Schepacarter, Esq.
Office of the United States Trustee
844 No. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
*United States Trustee*

Roger Frankel, Esq.
Swidler Berlin Shereff & Friedman
The Washington Harbour
3000 "K" Street, NW, Suite 300
Washington, DC 20007
*Co-counsel for David Austern, Futures Representative*

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for Wilmington Trust Company*

Sander L. Esserman, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
*Co-counsel for Joseph F. Rice, Claimant Representative*

Brett D. Fallon, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for Hasbrouck Haynes, Jr., Trustee of CE Settlement Trust*

John C. Phillips, Esq.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19806
*Co-counsel for David Austern, Futures Representative*

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
*Co-counsel for Joseph F. Rice, Claimant Representative*