IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | **Hearing Date:** 1/27/05 at 1:00 p.m. in Pittsburgh, PA |
| | | **Objection Deadlines:** 1/18/05 and 1/20/05 |
| | | **Agenda Matter Numbers:** 1, 2, 3 and 4 |
| | | **Related Docket Numbers:** 1918, 1924, 1926, 1928, 1927 in Case No. 03-10495, and 69 in Adv. Proc. 03-50995 |

**PLAN PROPONENTS' MOTION FOR LEAVE TO FILE THE PLAN PROPONENTS' OMNIBUS REPLY AND OPPOSITION TO PLEADINGS FILED IN RESPONSE TO MOTION TO APPOINT AUSTERN**

On January 6, 2005, the Plan Proponents filed the *Plan Proponents' Motion to Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate* [Filed: 1/6/05] (Case No. 03-10495, Docket No. 1918 and Adv. Pro. No. 03-50995, Docket No. 67) (the "Motion to Appoint"). Pursuant to the Motion to Appoint, the Plan Proponents seek Court authorization to have Mr. Austern appointed to pursue avoidance actions on behalf of the Debtor's estate.

In response to the Motion to Appoint Mr. Austern, the Plan Proponents received the following pleadings filed on behalf of the parties set forth below:

- Reply and Cross-Motion of Francesca Trinchese, as Successor-In-Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern as Party In Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Case No. 03-10495, Docket No. 1926, Adv. Pro. No. 03-50995, Docket No. 70) (the "Trinchese Response");

- Objection of Unsecured Creditors William Airgood, Anthony DeFabbo, Eric Travers to Plan Proponents' Motion to Appoint David Austern as Party in Interest to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate

DOCS_DE:104843.1

[Filed: 1/18/05] (Case No. 03-10495, Docket No. 1928) (the "Pope Claimants' Response");

- Official Committee of Unsecured Creditors' Limited Objection to the Appointment of David Austern as Estate Representative to Pursue Avoidance Actions and Request for Further Relief [Filed: 1/18/05] (Case No. 03-10495, Docket No. 1929, Adv. Pro. No. 03-50995, Docket No. 73) (the "Committee's Response"); and

- Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence an Prosecute an Avoidance Action on Behalf of the Debtor [Filed: 1/14/05] (Case No. 03-10495, Docket No. 1924) (the "Pope Claimants' Motion").

By way of this motion (the "Motion") and pursuant to Del. Bankr. L.R. 9006-1(d), the Plan Proponents seek leave from the Court to file the *Plan Proponents' Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern* (the "Reply"), and to exceed the five-page limit for replies set forth in the Court's Chamber Procedures. A true and correct copy of the Reply is attached hereto and incorporated herein as Exhibit A.

The Debtor seeks to file the Reply because the Trinchese Response, the Pope Claimants' Response, the Committee's Response and the Pope Claimants' Motion raise certain allegations and issues with respect to which the Plan Proponents believe a response is appropriate. Furthermore, the Plan Proponents believe that the Reply will materially assist the Court in adjudicating the Motion to Appoint.

WHEREFORE, the Plan Proponents respectfully request entry of an order granting the Motion and authorizing the filing of the Reply, in excess of five pages.

Dated: January 20, 2005

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4907

And

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_/s/ Curtis A. Hehn_
Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Michael P. Migliore (Bar No. 4331)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for the Debtor and
Debtor-in-Possession

SO ORDERED this _____ day
of January, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge