IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| COMBUSTION ENGINEERING, INC., | ) |
| | ) Case No. 03-10495 JKF |
| Debtor. | ) |

### ORDER REGARDING SCHEDULING TO CONSIDER APPOINTMENT OF CANDIDATE AUTHORIZED TO PURSUE AVOIDANCE ACTIONS ON BEHALF OF THE ESTATE

**AND NOW**, this 7th day of February, 2005:

**WHEREAS**, as indicated on the record of the hearing on January 27, 2005, the court contacted the United States Trustee's office to request assistance in identifying a candidate authorized to pursue avoidance actions on behalf of this estate ("the position");

**WHEREAS** by letter dated February 3, 2005, the United States Trustee responded with six suggestions. Of those, the court hereby notifies the parties that the court will consider the qualifications and disinterestedness of the following if either or both express interest in holding the position:

R. Todd Neilson, CPA
Neilson Elggren LLP
10100 Santa Monica Blvd., Suite 410
Los Angeles, CA 90067
310-282-9911

and

Perry M. Mandarino, CPA
Traxi, LLC
212 West 35th Street, 4th Floor
New York, NY 10001
212-465-0770.

**IT IS THEREFORE ORDERED THAT:**

1 - On or before February 11, 2005, counsel to Debtor shall contact both Messrs. Neilson and

Mandarino to ascertain whether they are interested in the position and, if so, to begin the conflicts check and due diligence process and to negotiate a fee arrangement acceptable to Debtor and the candidate regarding the services to be performed. Any such fee arrangement shall be included in an application to retain said candidate and will be subject to approval of this court in accordance with the Federal Rules of Bankruptcy Procedure, the Delaware Bankruptcy Court's Local Rules, and the administrative fee order in effect in this case.

2 - If neither candidate is interested in serving or is not disinterested as that term is interpreted under the Bankruptcy Code, then Debtor shall, **immediately** upon ascertaining that information, notify the parties in interest by email and the court by email at **jkf @pawb.uscourts.gov** and at **Rachel_Bello@deb.uscourts.gov**.

3 - If either candidate is interested in serving and is disinterested as that term is interpreted under the Bankruptcy Code, then on or before February 22, 2005, Debtor shall file and serve an amended application to retain one of the candidates for the position. Objections to the amended application shall be filed and served on or before March 4, 2005. Objections, if any, will be heard on Friday, March 11, 2005 at 11:00 A. M. by telephone in Pittsburgh, PA. Debtor shall arrange the call.

4 - Debtor shall serve this ORDER on all parties in interest and shall file proof of service thereof forthwith.

*Judith K. Fitzgerald* rmab
_____
Judith K. Fitzgerald, U.S. Bankruptcy Judge