IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 10, 2005 AT 10:00 A.M. IN PITTSBURGH,
PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

UNCONTESTED MATTERS

1. Plaintiff's Motion for Class Certification of All Asbestos-Related Personal Injury Claimants Who Received Payments Within 90 Days of the Petition Date, Other Than Under the CE Settlement Trust (Adv. Pro. No. 05-50363, Docket No. 3)

    Related Documents:

    a.  [Proposed] Order Granting Austern's Motion for Certification of the Defendants as a Class (Adv. Pro. No. 05-50363, Docket No. 3)

    b.  Plaintiff's Memorandum in Support of Motion for Certification of the Defendants as a Class (Adv. Pro. No. 05-50363, Docket No. 4)

    Response Deadline: February 8, 2005 at 12:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will be going forward.

2. Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint (Adv. Pro. No. 03-50995, Docket No. 84)

    Related Documents:

    a.  Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment to Complaint (Adv. Pro. No. 03-50995, Docket No. 85)

DOCS_DE:105414.1

      (i)    [Signed] Order Granting Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment to Complaint (Adv. Pro. No. 03-50995, Docket No. 88)

b.    Exhibit A to Docket No. 84 (Adv. Pro. No. 03-50995, Docket No. 86)

c.    [Proposed] Order Granting Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint (Adv. Pro. No. 03-50995, Docket No. 87)

Response Deadline: February 9, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will be going forward.

Dated: February 7, 2005

Respectfully submitted,

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 536-4907

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Michael P. Migliore (Bar No. 4331)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Counsel for Debtor and Debtor-in-Possession