IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   )
In re:                                             )   CHAPTER 11
       Combustion Engineering, Inc.,               )   Case No. 03-10495 (JKF)
                                                   )
                                                   )
              Debtor.                              )
                                                   )   Re: Docket No. 1960
---------------------------------------------------X
       VICTOR TRINCHESE,                           )
                                                   )
              Plaintiffs,                          )
                                                   )
              v.                                   )
                                                   )
COMBUSTION ENGINEERING, INC.,                      )
HASBROUCK HAYNES, JR. CPA as                       )   Adv. No. 03-50995
Regular Trustee of the CE Settlement               )
Trust dated November 22, 2002,                     )
WILMINGTON TRUST COMPANY, a                        )
Delaware Banking Corporation, as the               )
Delaware Trustee of the CE Settlement              )
Trust dated November 22, 2002, JOSEPH              )
F. RICE, Claimant Representative, THE              )
CE SETTLEMENT TRUST dated                          )
November 22, 2002, and JOHN AND JANE               )
DOES Nos. 1-75,000 (being unknown                  )
Persons and/or entities to whom payment            )
was made from the Trust and those                  )
unknown persons and entities for whose             )
benefit such payments were made within             )
ninety (90) days prior to Debtor's                 )
bankruptcy petition),                              )
                                                   )
              Defendants.                          )
---------------------------------------------------X

**OBJECTION OF UNSECURED CREDITORS WILLIAM
AIRGOOD, ANTHONY DeFABBO, AND ERIC TRAVERS TO
AVOIDANCE COMPLAINTS AND PROPOSED COMPLAINTS
<u>PREPARED OR DUE TO BE PREPARED BY AUSTERN AND TRINCHESE</u>**

William Airgood, Anthony DeFabbo, and Eric Travers ("Movants"), creditors with unliquidated asbestos personal injury claims against the debtor in the above-captioned case, respectfully object to the avoidance complaint filed by David Austern and the draft avoidance complaint proposed to be filed by Francesca Trinchese.

**PRELIMINARY STATEMENT**

1. Although this Court directed Austern to prepare an avoidance complaint that would address all payments to asbestos claimants and their law firms made during the preference period directly by Combustion Engineering (as opposed to such payments made to or through the CE Settlement Trust), the complaint filed by Austern fails to name as parties-defendant any of the lawyers or law firms that received such payments. Transcript of January 27, 2005 hearing, pp. 62, 65 and 68. See also pp. 78, 79.

2. Although the Movants pointed this out to counsel for Austern, Austern has failed to amend the complaint to name the lawyers and law firms. This failure will simply create statute of limitations problems that could be avoided by naming the law firms and lawyers, whose identities are either known or readily discoverable.

3. Also, although the proponents of Austern's appointment filed with the Court a motion indicating that preferential payments made directly by Combustion Engineering were in excess of $66 million, the complaint filed by Austern seeks recovery of only $19 million.

4. Trinchese was similarly directed to include as defendants in her complaint all lawyers and law firms that received preferential payments through the CE Settlement Trust. Nevertheless, she has neither filed a draft complaint nor provided the

names of the lawyers and law firms she intends to join as parties defendant. Transcript of 1/27/05 hearing, pp. 51, 57, 58, 59, 60 and 62.

## CONCLUSION

This Court should direct Austern and Trinchese immediately to file draft avoidance complaints that include as parties defendant the lawyers and law firms that received payments during the preference period.

Dated: February 8, 2005
      Wilmington Delaware

 

_____
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:   loizides@loizides.com

- and -

Joseph D. Pope, Esquire
Nicole Tuman, Esquire
COHEN POPE PLLC
1633 Broadway, 20th Floor
New York, NY 10019
Telephone:   (212) 319-7757
Facsimile:   (646) 435-0690
Email:   jpope@cohenpope.com

Counsel for Creditors William Airgood, Anthony DeFabbo and Eric Travers