IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMBUSTION ENGINEERING, INC., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | **Hearing date: 2/10/05 @ 10:00 a.m.** |

**AMENDED NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR FEBRUARY 10, 2005 AT 10:00 A.M. IN
PITTSBURGH, PA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

MATTERS GOING FORWARD:

1. *Notice of Agenda of Matters Scheduled for Hearing on February 10, 2005 at 10:00 a.m. in Pittsburgh, Pennsylvania before the Honorable Judith K. Fitzgerald* [Docket No. 1973], filed on February 7, 2005.

*In re Combustion Engineering, Inc. by David T. Austern, Representative v. Charles Edward Shook, et. al.*, Adversary Proceeding 05-50363 (JKF)

2. *Plaintiff's Motion for Class Certification of all Asbestos-Related Personal Injury Claimants Who Received Payments Within 90 Days of the Petition Date, Other Than Under the CE Settlement Trust* [Docket No. 3], filed on February 2, 2004.

   Objection Deadline:   February 9, 2005 at noon.

   Related Pleadings:

   a. *Order Granting Austern's Motion for Certification of the Defendants as a Class* [Proposed] (CLEAN COPY).

   b. *Plaintiff's Memorandum in Support of Motion for Certification of the Defendants as a Class* [Docket No. 4], filed on February 1, 2005.

   c. *Objection of Bernard T. Strassmaier and Charles Edward Shook to Plaintiff's Motion for Class Certification of All Asbestos-Related Personal Injury Claimants who received Payments with 90 Days of the Petition Date, Other than Under the CE Settlement Trust* [Docket No. 6], filed on February 8, 2005.

   d. *Report to the Court by David T. Austern, as Representative of the Bankruptcy Estate, with Respect to Certain Avoidance Actions* [Docket No. 7], filed on February 8, 2005.

Status:   This matter is scheduled to proceed.

*In re Francesca Trinchese, et al. v. Combustion Engineering Inc.*, et al. Adversary Proceeding No. 03-50995.

3.  *Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint* [Docket No. 84], filed on February 3, 2005.

    Objection Deadline: February 10, 2005 at 4:00 p.m.

    Related Pleadings:

    a.  *Exhibit A to Motion at Docket Entry 84* [Docket No. 86], filed on February 3, 2005.

    b.  *Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment to Complaint* [Docket No. 85], filed on February 3, 2005 (COPY NOT PROVIDED).

    c.  Exhibit-Proposed *Order Granting Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint* [Docket No. 87], filed on February 3, 2004.

    d.  *Order Granting Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint* [CLEAN COPY].

    e.  *Order Granting Motion To Shorten Notice, Approve Form of Notice and Time for Responses to Emergency Motion of Plaintiff for Modification of January 27, 2005, Order* [Docket No. 88], entered on February 4, 2005 (COPY NOT PROVIDED).

    f.  *Notice of Hearing* [Docket No. 89], filed on February 4, 2005 (COPY NOT PROVIDED).

    g.  *Notice of Service of Adversary Docket Entries 84, 86, 87, 88, 89 & 90* [Docket No. 91], filed on February 4, 2005 (COPY NOT PROVIDED).

    h.  *Corrected Exhibit A To Motion* [Docket No. 93], filed on February 8, 2005.

    i.  **Objection of Unsecured Creditors William Airgood, Anthony DeFabbo, and Eric Travers to Avoidance Complaints and Proposed Complaints Prepared or**


*due to be Prepared by Austern and Trinchese* [Docket No. 95], filed on **February 8, 2005.**

j.  *Withdrawal of Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint* [Docket No. 97], filed on **February 9, 2005.**

**Status:**   **Since the Motion has been withdrawn, this matter will not be proceeding.**

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ JCP

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Counsel to David T. Austern

Date:  February 9, 2005

# CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, hereby certify that I am over the age of 18 and that on February 8, 2005, I caused the *Amended Notice of Agenda for Hearing Scheduled for February 10, 2005 in Pittsburgh, PA Before the Honorable Judith K. Fitzgerald* to be served via Facsimile on the persons appearing on the attached List.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
CELESTE A. HARTMAN

Combustion Engineering Agenda Notice
Service List for 2/10/05 Hearing
Case No. 03-10495 (JKF)
Document # 105432
**25 – Facsimile**

*Facsimile 302-302-573-6497*
Richard Schepacarter, Esquire
(Office of the U.S. Trustee)
(Special Request)

*Facsimile 212-536-3901*
Jeffrey N. Rich, Esquire
(Co-Counsel to Debtor)
(Special Request)

*Facsimile 202-778-9100*
Judith S. Karp, Esquire
(Co-Counsel to Debtor)
(Special Request)

*Facsimile 412-355-6501*
Neal R. Brendel, Esquire
(Co-Counsel to Debtor)
(Special Request)

*Facsimile 312-861-2200*
Marilyn Palm Esquire
)
(Special Request)

*Facsimile 212-446-4900*
Theodore Freedman, Esquire
)
(Special Request)

*Facsimile 302-657-4901*
Michael Lastowski, Esquire
(Co-Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-658-3989*
Dereck C. Abbott, Esquire
Daniel B. Butz, Esquire
(Counsel for Wilmington Trust Company)
(Special Request)

*Facsimile 302-654-2067*
William P. Bowden, Esquire
Ricardo Palacio, Esquire
(Counsel for AIG Member Companies)
(Special Request)

*Facsimile 214-520-1181*
Elihu Inselbuch, Esquire
(Counsel for Certain Asbestos Claimants)
(Special Request)

*Facsimile 302-504-7820*
Noel C. Burnham, Esquire
Natalie D. Ramsey, Esquire
(Counsel for Francesca Trinchese, successor-in-interest to Victor Trinchese, deceased party)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel for Stonewall Ins. Co. Century Indemnity Co.)
(Special Request)

*Facsimile 302-571-1750*
Brett D. Fallon, Esquire
(Counsel for Hasbrouck Haynes, Jr. Trustee of the CE Settlement Trust)
(Special Request)

*Facsimile 302-504-7820*
Richard G. Placey, Esquire
(Counsel for Certain Claimants)
(Special Request)

*Facsimile 302-658-7567*
Kevin Gross, Esquire
(Counsel for CAN Insurance Companies)
(Special Request)

*Facsimile 302-651-7701*
Mark D. Collins, Esquire
(Counsel for Andritz (USA), Inc.)
(Special Request)

*Facsimile 302-351-8010*
Sasha L. Azar, Esquire
(Counsel for Ball Park Food Corp.)
(Special Request)

*Facsimile 302-777-1705*
R. Stokes Nolte, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-655-4210*
Karen C. Bifferato, Esquire
Michelle McMahon, Esquire
(Counsel for First State Insurance Co.)

*Facsimile 302-652-4400*
Curtis A. Hehn, Esquire
Counsel for the Debtors

*Facsimile 302-658-9836*
James S. Yoder, Esquire
)
(Special Request)

*Facsimile 504-599-8660*
Elizabeth Wall Magner, Esquire
(Counsel for Francesca Trinchese, successor-in-interest to Victor Trinchese, deceased party)

*Facsimile 312-269-1747*
Frances Gecker, Esquire
(Co-Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 215-575-7200*
Peter C. Hughes, Esquire
(Counsel for Westport Insurance Company)
(Special Request)

*Facsimile 510-559-9970*
Dean A. Hanley, Esquire
(Counsel for Francesca Trinchese, successor-in-interest to Victor Trinchese, deceased party)