IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF TELEPHONIC PARTICIPATION IN HEARING
AT 10:00 A.M. EASTERN TIME ON FEBRUARY 10, 2005 IN PITTSBURGH,
PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

A hearing ("Hearing") in the above-captioned case shall be held before The Honorable Judith K. Fitzgerald on Thursday, February 10, 2005 at 10:00 a.m. Eastern Time, at the United States Bankruptcy Court for the Western District of Pennsylvania, 5490 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

All persons who intend to participate telephonically in the Hearing must abide by the following procedures: (i) indicate to co-counsel for the Debtor your intention to participate in the Hearing. To indicate such intention, all parties choosing to participate must notify ("E-mail Notification") co-counsel for the Debtor by no later than 9:00 p.m. Eastern Time on Wednesday, February 9, 2005, via electronic mail, at the following address: chehn@pszyjw.com. In the E-mail Notification, all parties must clearly (1) identify themselves, and (2) indicate the party whom they represent; and (ii) be present, telephonically,

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

15252-001\DOCS_DE:104829.2

by dialing (877) 322-9654, Participants' Id. Number 699643, by no later than **9:45 a.m.**

**Eastern Time** on Thursday, February 10, 2005.

Dated:  February 9, 2005

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4907

- and -

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Curtis A. Hehn*
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Curtis A. Hehn (Bar No. 4264)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for Debtor