IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 10, 2005 AT 10:00 A.M. IN PITTSBURGH, PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

UNCONTESTED MATTERS

1. Plaintiff's Motion for Class Certification of All Asbestos-Related Personal Injury Claimants Who Received Payments Within 90 Days of the Petition Date, Other Than Under the CE Settlement Trust (Adv. Pro. No. 05-50363, Docket No. 3)

    Related Documents:

    a.  [Proposed] Order Granting Austern's Motion for Certification of the Defendants as a Class (Adv. Pro. No. 05-50363, Docket No. 3)

    b.  Plaintiff's Memorandum in Support of Motion for Certification of the Defendants as a Class (Adv. Pro. No. 05-50363, Docket No. 4)

    c.  **Report to the Court by David T. Austern, as Representative of the Bankruptcy Estate, with Respect to Certain Avoidance Actions (Adv. Pro. No. 05-50363, Docket No. 7)**

    Response Deadline: February 8, 2005 at 12:00 p.m.

    Responses Received:

    a.  **Objection of Bernard T. Strassmaier and Charles Edward Shook to Plaintiff's Motion for Class Certification of All Asbestos-Related Personal Injury Claimants who Received Payments Within 90 Days of the Petition Date, Other Than Under the CE Settlement Trust (Adv. Pro. No. 05-50363, Docket No. 6)**

    Status: This matter will be going forward.

2.  Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint (Adv. Pro. No. 03-50995, Docket No. 84)

    Related Documents:

    a.  Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment to Complaint (Adv. Pro. No. 03-50995, Docket No. 85)

        (i) [Signed] Order Granting Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment to Complaint (Adv. Pro. No. 03-50995, Docket No. 88)

    b.  Exhibit A to Docket No. 84 (Adv. Pro. No. 03-50995, Docket No. 86)

    c.  [Proposed] Order Granting Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint (Adv. Pro. No. 03-50995, Docket No. 87)

    d.  **Withdrawal of Emergency Motion of Plaintiff, Francesca Trinchese, for Modification of January 27, 2005 Bench Order Regarding Amendment of Complaint (Adv. Pro. No. 03-50995, Docket No. 97)**

    e.  **Plaintiffs' Amended Complaint for Injunctive Relief to Prevent Disbursements from the Trust, to Avoid and Recover Avoidable Transfers and for Declaratory Judgment and Other Relief (Adv. Pro. No. 03-50995, Docket No. 98)**

    Response Deadline: February 9, 2005 at 4:00 p.m.

    Responses Received:

    a.  **Objection of Unsecured Creditors William Airgood, Anthony DeFabbo, and Eric Travers to Avoidance Complaints and Proposed Complaints Prepared or Due to Be Prepared by Austern and Trinchese (Adv. Pro. No. 03-50995, Docket No. 95)**

**Status: The Plaintiff, Francesca Trinchese, has withdrawn this motion. This matter will not be going forward.**

Dated: February 9, 2005

Respectfully submitted,

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 536-4907

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Michael P. Migliore (Bar No. 4331)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Counsel for Debtor and Debtor-in-Possession