UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                              :
In re:                                        :    Chapter 11
                                              :
    Combustion Engineering, Inc.,             :    Case No. 03-10495 (JKF)
                                              :
              Debtor.                         :
------------------------------------------------------------X
                                              :
VICTOR TRINCHESE,                             :    Adv. No. 03-50995 (JKF)
                                              :
                                              :
              Plaintiffs,                     :
                                              :
    v.                                        :
                                              :
COMBUSTION ENGINEERING, INC.,                 :
HASBROUCK HAYNES, JR, CPA, as Regular         :    Re: Adv. Docket No. 103
Trustee of the CE Settlement Trust dated      :
November 22, 2002, WILMINGTON TRUST           :
COMPANY, a Delaware Banking Corporation, as   :
the Delaware Trustee of the CE Settlement Trust :
Dated November 22, 2002, JOSEPH F. RICE,      :
Claimant Representative, THE CE SETTLEMENT    :
TRUST dated November 22, 2002, and JOHN       :
AND JANE DOES Nos. 1-75,000 (being unknown    :
persons and/or entities to whom payment was   :
made from the Trust and those unknown persons :
and entities for whose benefit such payments were :
made within ninety (90) days prior to Debtor's :
Bankruptcy petition),                         :
                                              :
              Defendants.                     :
------------------------------------------------------------X
```

## NOTICE OF APPEAL

William Airgood, Anthony DeFabbo and Eric Travers (the "Appellants"), unsecured creditors with unliquidated asbestos personal injury claims against the above Debtor, appeal pursuant to 28 U.S.C. § 158(a) from the order of the Honorable Judith K.

Fitzgerald, United States Bankruptcy Judge, signed and bench filed on February 10, 2005 and entered on the docket on February 11, 2005, appointing representatives to pursue avoidance actions on behalf of the bankruptcy estate (Adv. DN 103).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are attached hereto.

DATED: February 22, 2005

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
Email:         loizides@loizides.com

-- and --

Joseph D. Pope (admitted *pro hac vice*)
COHEN POPE PLLC
1633 Broadway, 20th Floor
New York, NY 10019
Telephone:     (212) 319-7757

*Attorneys for William Airgood,
Anthony DeFabbo, and Eric Travers*

Jeffrey N. Rich, Esq.
Kirkpatrick Lockhart Nicholson & Graham LLP
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900
*Counsel for Debtor and Debtor-in-Possession*

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
*Counsel for Debtor and Debtor-in-Possession*

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7890
    and
123 South Broad Street
Philadelphia, PA 19109
Telephone: (215) 772-1500
*Counsel for Francesca Trinchese,*
*successor-in-interest to Victor Trinchese, deceased party*

Dean A. Hanley, Esq.
Paul, Hanley & Harley, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
Telephone: (510) 559-9980
*Counsel for Francesca Trinchese,*
*successor-in-interest to Victor Trinchese, deceased party*

Elizabeth Wall Magner, Esq.
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LA 70163-1806
Telephone:   (504) 599-8650
*Counsel for Francesca Trinchese,*
*successor-in-interest to Victor Trinchese, deceased party*

Kathleen Campbell, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
Telephone:   (302) 426-1900
*Counsel for The Official Committee of Unsecured Creditors*
*of Combustion Engineering, Inc.*

Frances Gecker, Esq.
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
Telephone:   (312) 269-8000
*Counsel for The Official Committee of Unsecured Creditors*
*of Combustion Engineering, Inc.*

Richard Schepacarter, Esq.
Office of the United States Trustee
844 No. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
Telephone:   (302) 573-6491
*United States Trustee*

Brett D. Fallon, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:   (302) 888-6888
*Counsel for Hasbrouck Haynes, Jr., Trustee of CE Settlement Trust*

Roger Frankel, Esq.
Swidler Berlin Shereff & Friedman
The Washington Harbour
3000 "K" Street, NW, Suite 300
Washington, DC 20007
Telephone:    (202) 424-7500
*Co-counsel for David Austern, Futures Representative*

John C. Phillips, Esq.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19806
Telephone:    302 655 4200
*Co-counsel for David Austern, Futures Representative*

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:    (302) 658-9200
*Counsel for Wilmington Trust Company*

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Telephone:    (302) 656-7540
*Co-counsel for Joseph F. Rice, Claimant Representative*

Sander L. Esserman, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone:    (214) 969-4900
*Co-counsel for Joseph F. Rice, Claimant Representative*