UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.<br><br>Debtor. | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 03-10495-JKF |
| FRANCESCA TRINCHESE,<br><br>Plaintiff,<br><br>v.<br><br>COMBUSTION ENGINEERING, INC., HASBROUCK HAYNES, JR, CPA, as Regular Trustee of the CE Settlement Trust dated November 22, 2002, WILMINGTON TRUST COMPANY, a Delaware Banking Corporation, as the Delaware Trustee of the CE Settlement Trust dated November 22, 2002, JOSEPH F. RICE, Claimant Representative, THE CE SETTLEMENT TRUST dated November 22, 2002 and JOHN AND JANE DOES Nos. 1-75,000 (being unknown persons and/or entities to whom payment was made from the Trust and those unknown persons and entities for whose benefit such payments were made within ninety (90) days prior to Debtor's bankruptcy petition),<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. No. 03-50995-JKF<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Re: Adv. Dkt. No. 103 |

**COUNTER-DESIGNATIONS OF THE DEBTOR APPELLEE
TO THE APPELLANTS' DESIGNATION OF THE RECORD**

## Preliminary Statement

Combustion Engineering, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor Appellee"), by and through its undersigned counsel, respectfully submits that Michael Pope, Anthony DeFabbo and Eric Travers (the "Appellants") lack the authority to bring the present appeal.[1]  First, Appellants lack the requisite standing to pursue an appeal of the Order Appointing Representatives to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate entered on the docket on February 11, 2005 (the "February Order").  Second, Appellants failed to seek leave to appeal the February Order – an order that is clearly interlocutory.  Therefore, Appellants' appeal is procedurally defective.  Finally, even if Appellants' Notice of Appeal is treated as a motion for leave to appeal under Rule 8003(c) of the Federal Rules of Bankruptcy Procedure, Appellants cannot demonstrate cause to hear this appeal on an interlocutory basis.

For the foregoing reasons, Debtor Appellee intends to file a motion to dismiss the appeal immediately following the docketing of the appeal by the district court and is filing the present counter-designations simply out of an abundance of caution.  Consequently, nothing herein should be construed as an admission by Debtor Appellee that the present appeal is proper or a waiver of Debtor Appellee's right to move to strike the appeal as improper.

---

[1]   The Debtor Appellee notes that the order from which the Appellants appeal names William Airgood as an appellant and not Michael Pope.  Therefore, the Debtor Appellee reserves all rights to challenge William Airgood in any appeal and preserves all rights and remedies herein described.

15252-001\DOCS_DE:106458.1

- 2 -

### Counter-Designations

Debtor Appellee hereby submits the following counter-designations for inclusion in the record on the appeal filed on behalf of Appellants from the February Order:[2]

1. Complaint for Injunctive Relief to Prevent Disbursements from the CE Settlement Trust (Bankr. Dkt. No. 60; Adv. Dkt. No. 1) (2/27/03)

2. Exhibits and Declaration to Complaint For Injunctive Relief to Prevent Disbursements From the CE Settlement Trust (Adv. Dkt. No. 2) (2/27/03)

3. Amended Complaint (Adv. Dkt. No. 17) (3/03/03)

4. Transcript of Hearing Held on 3/03/03 (Adv. Dkt. No. 26) (3/03/03)

5. Memorandum Opinion and Order (Adv. Dkt. No. 25) (3/07/03)

6. Supplemental Order Revising Memorandum Opinion and Order of March 2, 2003 and Deleting Certain Language Therefrom (Adv. Dkt. No. 27) (3/11/03)

7. Interim Order Appointing Future Claimants' Representative (Bankr. Dkt. No. 227) (3/17/03)

8. Order Denying Motion for Reconsideration of Final Order Appointing Future Claimants' Representative (Bankr. Dkt. No. 838) (5/21/03)

9. Notice of Agenda of Matters Scheduled for Hearing on January 27, 2005 Before the Honorable Judith K. Fitzgerald (Bankr. Dkt. No. 1942; Adv. Dkt. No. 76) (1/20/05)

10. Order Denying Motion to Shorten Time Regarding Motion of William Airgood, Anthony DeFabbo and Eric Travers for Order Authorizing Them to Commence and Prosecute Avoidance Action on Behalf of Debtor (Bankr. Dkt. No. 1950) (1/25/05)

11. Transcript of Hearing Held on 2/10/05 (Bankr. Dkt. No. 2065) (2/16/05)

---

[2] The Appellants' Designation of Record and Statement of Issues on Appeal ("Designation of Record") was filed with this Court on March 4, 2005 (Bankr. Dkt. No. 2097).

Debtor Appellee also notes that certain docket entries related to adversary proceeding number 03-50995-JKF were omitted from Appellants' Designation of Record and for purposes of clarity are identified hereinbelow:

1. Objection of Unsecured Creditors William Airgood, Anthony DeFabbo and Eric Travers to Cross Motion of Franchesca Trinchese, as Successor in Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern to Pursue Avoidance Actions (Adv. Dkt. No. 75) (1/20/05)

2. Notice of Amended Agenda of Matters Scheduled for Hearing on January 27, 2005 Before the Honorable Judith K. Fitzgerald (Adv. Dkt. No. 81) (1/26/05)

3. Transcript of Hearing Held on 1/27/05 (Adv. Dkt. No. 83) (2/02/05)

4. Notice of Agenda of Matters Scheduled for Hearing on February 10, 2005 Before the Honorable Judith K. Fitzgerald (Adv. Dkt. No. 92) (2/07/05)

5. Objection of Unsecured Creditors William Airgood, Anthony DeFabbo and Eric Travers to Avoidance Complaints and Proposed Complaints Prepared or Due to be Prepared by Austern and Trinchese (Adv. Dkt. No. 95) (2/08/05)

6.  Amended Notice of Agenda of Matters Scheduled for Hearing on February 10, 2005 Before the Honorable Judith K. Fitzgerald (Adv. Dkt. No. 99) (2/09/05)

Dated: March 14, 2005

        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        Jeffrey N. Rich, Esq. (Bar No. JR 7183)
        599 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 536-4907

        and

        PACHULSKI, STANG, ZIEHL, YOUNG,
        JONES & WEINTRAUB P.C.

        */s/ Scotta E. McFarland*
        Laura Davis Jones (Bar No. 2436)
        Scotta E. McFarland (Bar No. 4184)
        Curtis Hehn (Bar No. 4264)
        919 N. Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-counsel for Debtor Appellee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.<br><br>    Debtor. | Chapter 11<br>Case No. 03-10495-JKF |
| FRANCESCA TRINCHESE,<br><br>    Plaintiff,<br><br>v.<br><br>COMBUSTION ENGINEERING, INC., HASBROUCK HAYNES, JR, CPA, as Regular Trustee of the CE Settlement Trust dated November 22, 2002, WILMINGTON TRUST COMPANY, a Delaware Banking Corporation, as the Delaware Trustee of the CE Settlement Trust dated November 22, 2002, JOSEPH F. RICE, Claimant Representative, THE CE SETTLEMENT TRUST dated November 22, 2002 and JOHN AND JANE DOES Nos. 1-75,000 (being unknown persons and/or entities to whom payment was made from the Trust and those unknown persons and entities for whose benefit such payments were made within ninety (90) days prior to Debtor's bankruptcy petition),<br><br>    Defendants. | Adv. No. 03-50995-JKF |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 14th day of March, 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **COUNTER-DESIGNATIONS OF THE DEBTOR APPELLEE TO THE APPELLANTS' DESIGNATION OF THE RECORD.**

Dated: March 14, 2005

*/s/ Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before
me this 14th day of March, 2005

*/s/ Timothy M. O'Brien*
Notary Public
My Commission Expires: 3-11-2006

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

**Appellant Designation Service List**
Case No. 03-10495(JKF)
Document No. 106459
05 - Hand Delivery
08 - First Class Mail

(Counsel to Debtor)
Laura Davis Jones, Esquire
Curtis Hehn, Esquire
Michael Migliore, Esquire
Pachulski, Stang, Ziehl, Young
Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

*Hand Delivery*
(U.S. Trustee)
Richard Schepacarter, Esquire
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box No. 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Wilmington Trust Company)
Derek C. Abbott, Esquire
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Hand Delivery*
(Counsel for the Official Committee of Unsecured Creditors)
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Hasbrouck Haynes, Jr., Trustee of CE Settlement Trust)
Brett D. Fallon, Esquire
Morris James Hitches & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(Co-Counsel for Joseph F. Rice, Claimant Representative)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class Mail*
(Counsel for Defendant Victor Trinchese)
Noel C. Burnham, Esquire
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

*First Class Mail*
(Counsel for Defendant Victor Trinchese)
Elizabeth Wall Magner, Esquire
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LA 70163-1806

*First Class Mail*
)
Dean A. Hanley, Esquire
Paul Hanley & Harley LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

*First Class Mail*
)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St., Suite 2200
Dallas, TX 75201-2689

*First Class Mail*
)
Jeffrey N. Rich, Esquire
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022

*First Class Mail*
(Attorney for William Airgood, Anthony
DeFabbo, and Eric Travers)
Samantha L. Southhall, Esquire
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY 10019

*First Class Mail*
(Co-counsel for David Austern, Futures
Representative)
Roger Frankel, Esquire
Swidler Berlin Shereff & Friedman
The Washington Harbour
3000 "K" Street, NW, Suite 300
Washington, DC 20007

*First Class Mail*
(Counsel for the Official Committee of
Unsecured Creditors)
Frances Gecker, Esquire
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602