**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

NATALIE D. RAMSEY
ADMITTED IN PENNSYLVANIA

DIRECT DIAL
215-772-7354

nramsey@mmwr.com

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

300 DELAWARE AVENUE
SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

February 7, 2003

**Via Facsimile and Via Federal Express**

Hasbrouck Haynes, Jr. CPA
Haynes Downard Andra & Jones LLP
Two North 20th Street, Suite 550
Birmingham, AL 35203

Burr & Forman, LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890
Attn: Joseph Feil

Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19801

Re: CE Settlement Trust Agreement entered into as of November 22, 2002 among Combustion Engineering, Inc., Hasbrouck Haynes, Jr., as Regular Trustee and Wilmington Trust Company, as Delaware Trustee (the "Trust Agreement")

Gentlemen:

This Firm represents several law firms that represent claimants who have significant claims for asbestos bodily injury against Combustion Engineering.

We understand that you are acting as trustees pursuant to the referenced Trust Agreement and, in such capacity, are administering substantial sums of money for transfer to certain persons who allegedly hold or assert asbestos bodily injury claims against Combustion Engineering.

It would appear from the information presently available to us that the transfers by Combustion Engineering (and/or others) to the Trust may constitute preferential (or otherwise voidable) transfers or payments pursuant to the United States Bankruptcy Code or other applicable law.

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

Hasbrouck Haynes, Jr. CPA
February 7, 2003
Page 2

      This letter is to advise that, in such eventuality, our clients intend to pursue all available remedies on account of such preferential transfers including, as appropriate, holding any immediate transferee responsible should such preferential payments not be recoverable from an ultimate recipient.

                                    Sincerely yours,

                                      Natalie D. Ramsey

cc:    Elizabeth Wall Magner, Esquire
        Steven Kazan, Esquire
        Baldo M. Carnecchia, Jr., Esquire