IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| COMBUSTION ENGINEERING, INC., | ) |
| | ) Case No. 03-10495 (JKF) |
| Debtor. | ) |
| | ) |
| PRE-PETITION COMMITTEE OF SELECT ASBESTOS CLAIMANTS and VICTOR TRINCHESE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Adversary No. 03-50995 ) |
| COMBUSTION ENGINEERING, INC., HASBROUCK HAYNES, JR., CPA as Regular Trustee of the CE Settlement Trust dated November 22, 2002, WILMINGTON TRUST COMPANY, a Delaware Banking Corporation, as the Delaware Trustee of the CE Settlement Trust dated November 22, 2002, JOSEPH F. RICE, Claimant Representative, THE CE SETTLEMENT TRUST dated November 22, 2002, and JOHN AND JANE DOES Nos. 1-75,000 (being unknown persons and/or entities to whom payment was made from the Trust and those unknown persons and entities for whose benefit such payments were made within ninety (90) days prior to Debtor's bankruptcy petition), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**SUPPLEMENTAL ORDER REVISING
MEMORANDUM OPINION AND ORDER OF MARCH 7, 2003,
AND DELETING CERTAIN LANGUAGE THEREFROM**

AND NOW, this __11__ day of **March, 2003,**

**WHEREAS** the Court issued a Memorandum Opinion and Order dated March 7, 2003, which dismissed the Complaint filed by the Prepetition Committee of Select Asbestos Claimants with prejudice and referred to a pretrial conference that had been scheduled with respect to Victor Trinchese's Complaint;

It is **ORDERED** that the last sentence on page 4 of the Memorandum Opinion which continues through the first four lines of page 5 is amended to read in its entirety:

> Mr. Trinchese, therefore, is a creditor of this estate and has standing to appear before the court and raise certain issues.

The following language on page 5, lines 2 to 4, is omitted: " - at least those concerning what assets constitute property of the estate and whether certain funds are subject to turn over to the estate."

It is **FURTHER ORDERED** that references to 11 U.S.C. §547(a)(5) on page 8, third line from the bottom, and page 10, fourth line from the top, shall and hereby are deleted and "§547(b)(5)" shall be inserted instead.

It is **FURTHER ORDERED** that the words "Of course" appearing at the end of the first line on page ten of the Memorandum Opinion are **deleted**.

                                        _/s/ Judith K. Fitzgerald_
                                        Judith K. Fitzgerald
                                        United States Bankruptcy Judge

cc:    David M. Bernick, Esquire
        Kirkland & Ellis
        200 East Randolph Drive
        Chicago, IL 60601

        Neil R. Brendel, Esquire

Kirkpatrick & Lockhart, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Noel C. Burnham, Esquire
Natalie D. Ramsey, Esquire
Stephen A. Madva, Esquire
Baldo M. Carnecchia, Jr., Esquire
Montgomery, McCracken, Walker &
  Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

and

123 South Broad Street
Philadelphia, PA 19109

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman
  & Plifka, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

Brett D. Fallon, Esquire
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19899

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, D.C. 20007

Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675

Dean A. Hanley, Esquire
Paul, Hanley & Harley, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94701

Daniel K. Hogan, Esquire
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young
  & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

Elizabeth Wall Magner, Esquire
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LS 70163-1806

Jeffrey N. Rich, Esquire
Kirkpatrick & Lockhart, LP
599 Lexington Avenue
New York, NY 10022-6030

Robert B. Rubin, Esquire
Wilson F. Green, Esquire
Derek F. Meek, Esquire
Burr & Forman LLP
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203

United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801