IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMBUSTION ENGINEERING, INC., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | Refer to Docket No. 251 |

**ORDER DENYING MOTION FOR RECONSIDERATION OF FINAL ORDER
APPOINTING FUTURE CLAIMANTS' REPRESENTATIVE**

This matter, having come before the Court upon Certain Cancer Claimants Motion for Reconsideration of Final Order Appointing Future Claimants' Representative (the "Motion for Reconsideration") (Docket No. 251); and, after reviewing the Future Claimants' Representative's Objection to the Motion for Reconsideration and having heard oral argument from the parties on the Motion for Reconsideration on April 18, 2003, it is

ORDERED that, the Motion for Reconsideration is hereby DENIED.

ORDERED this 21st of May, 2003 in the District of Delaware.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

1

7127432v1