IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 03-10495 (JKF) |
| VICTOR TRINCHESE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMBUSTION ENGINEERING, INC., HASBROUCK HAYNES, JR. CPA as Regular Trustee of the CE Settlement Trust dated November 22, 2002, WILMINGTON TRUST COMPANY, a Delaware Banking Corporation, as the Delaware Trustee of the CE Settlement Trust dated November 22, 2002, JOSEPH F. RICE, Claimant Representative, THE CE SETTLEMENT TRUST dated November 22, 2002, and JOHN AND JANE DOES Nos. 1-75,000 (being unknown persons and/or entities to whom payment was made from the Trust and those unknown persons and entities for whose benefit such payments were made within ninety (90) days prior to Debtor's bankruptcy petition),<br><br>    Defendants | Adv. No. 03-50995 (JKF) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 27, 2005 AT 1:00 P.M. IN PITTSBURGH,
<u>PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD</u>**

**[All Parties Who Intend To Appear Telephonically During This Hearing
Must Notify The Debtor Of Your Intent To Appear And
Must Use Call In Number 800-423-1988, Id No. 6370371]**

DOCS_DE:104508.3

CONTESTED MATTERS

1.  Plan Proponents' Motion to Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/6/05] (Case No. 03-10495, Docket No. 1918 and Adv. Pro. No. 03-50995, Docket No. 67)

    Response Deadline: January 18, 2005 at 4:00 p.m.

    Responses Received:

    a.  Reply and Cross-Motion of Francesca Trinchese, as Successor-In-Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern as Party In Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Case No. 03-10495, Docket No. 1926, Adv. Pro. No. 03-50995, Docket No. 70)

    b.  Objection of Unsecured Creditors William Airgood, Anthony DeFabbo, Eric Travers to Plan Proponents' Motion to Appoint David Austern as Party in Interest to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Case No. 03-10495, Docket No. 1928)

    c.  Official Committee of Unsecured Creditors' Limited Objection to the Appointment of David Austern as Estate Representative to Pursue Avoidance Actions and Request for Further Relief [Filed: 1/18/05] (Case No. 03-10495, Docket No. 1929, Adv. Pro. No. 03-50995, Docket No. 73)

    Replies Received:

    a.  Plan Proponents' Motion for Leave to File the Plan Proponents' Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern [Filed 1/20/05] (Docket No.1941)

    b.  Plan Proponents' Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern [Attached as Exhibit A to Motion for Leave to File Reply]

    Status: This matter will be going forward.

2. Motion for Substitution [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 69)

   Related Documents:

   a. Suggestion of Death Upon the Record Under Bankruptcy Rule 7025(a)(1) and FRCP 25(a)(1) [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 68)

   b. [Proposed] Order of Substitution [Filed: 1/18/05] (Adv. Pro. 03-50995, Docket No. 69)

   c. Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Motion for Substitution [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 72)

      (i) Proposed] Order Granting Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Motion for Substitution [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 72)

   [Proposed] Response Deadline: January 20, 2005 at 4:00 p.m.

   Responses Received:

   a. Plan Proponents' Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern [Attached as Exhibit A to Motion for Leave to File Reply]

   Status: This matter will be going forward.

3. Reply and Cross-Motion of Francesca Trinchese, as Successor-In-Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern as Party In Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Case No. 03-10495, Docket No. 1926, Adv. Pro. No. 03-50995, Docket No. 70)

   Related Documents:

   a. Suggestion of Death Upon the Record Under Bankruptcy Rule 7025(a)(1) and FRCP 25(a)(1) [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 68)

   b. [Proposed] Order Appointing Francesca Trinchese, as Successor-in-Interest to Victor Trinchese and David Austern, Jointly, as Parties in Interest Authorized to Pursue the Captioned Adversary Action and Granting in Part and Denying in Part Motion of the Plan Proponents to

        Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 72)

c.    Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Cross-Motion of Francesca Trinchese, as Successor-in-Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 71)

    (i)    [Proposed] Order Granting Motion to Shorten Notice, Approve Form of Notice and Time for Responses to the Cross-Motion of Francesca Trinchese, as Successor-in-Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern as Party in Interest Authorized to Pursue Avoidance Actions on Behalf of the Bankruptcy Estate [Filed: 1/18/05] (Adv. Pro. No. 03-50995, Docket No. 71)

[Proposed] Response Deadline: January 20, 2005 at 4:00 p.m.

Responses Received:

a.    Objection of Unsecured Creditors William Airgood, Anthony DeFabbo, and Eric Travers to Cross-Motion of Francesca Trinchese, s Successor-In-Interest to Victor Trinchese, to Plan Proponents' Motion to Appoint David Austern to Pursue Avoidance Actions [Filed: 1/20/05] (Case No. 03-10495, Docket No. 1940; Case No. 03-50995, Docket No. 75)

b.    Plan Proponents' Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern [Attached as Exhibit A to Motion for Leave to File Reply]

Status: This matter will be going forward.

4.    Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence an Prosecute an Avoidance Action on Behalf of the Debtor [Filed: 1/14/05] (Case No. 03-10495, Docket No. 1924)

Related Documents:

a.    [Proposed] Order Granting Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor [Filed: 1/14/05] (Case No. 03-10495, Docket No. 1924)

    b.    Motion to Shorten Notice of Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor [Filed: 1/14/05] (Case No. 03-10495, Docket No. 1925)

        (i)    [Proposed] Order Granting Motion to Shorten Notice of Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor [Filed: 1/14/05] (Case No. 03-10495, Docket No. 1925)

[Proposed] Response Deadline: January 20, 2005 at 4:00 p.m.

Responses Received:

a.    Official Committee of Unsecured Creditors' Objection to Motion of Creditors William Airgood, Anthony DeFabbo and Eric Travers for an Order Authorizing Them to Commence and Prosecute an Avoidance Action on Behalf of the Debtor [Filed 1/20/05] (Docket No. 1939)

b.    Plan Proponents' Omnibus Reply and Opposition to Pleadings Filed in Response to Motion to Appoint Austern [Attached as Exhibit A to Motion for Leave to File Reply]

Status: This matter will be going forward.

HOUSEKEEPING MATTERS

    5.    New Telephonic Hearing Procedures for Delaware Bankruptcy Cases.

Dated: January 20, 2005

Respectfully submitted,

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 536-4907

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

*/s/ Michael P. Migliore*

Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Michael P. Migliore (Bar No. 4331)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Counsel for Debtor and Debtor-in-Possession