UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re: : CHAPTER 11
:
Combustion Engineering, Inc., : Case No. 03-10495 (JKF)
:
Debtor. : Re: Docket No. 1924
---------------------------------------------------------X  Related to Dkt. No. 1925

**ORDER ~~GRANTING~~ DENYING MOTION TO SHORTEN NOTICE OF MOTION OF
CREDITORS WILLIAM AIRGOOD, ANTHONY DEFABBO AND
ERIC TRAVERS FOR AN ORDER AUTHORIZING THEM TO COMMENCE AND
PROSECUTE AN AVOIDANCE ACTION ON BEHALF OF THE DEBTOR**

Upon consideration of the Motion of unsecured creditors William Airgood, Anthony DeFabbo and Eric Travers ("Movants") for an Order which shortens the time for notice of the motion of Movants seeking authorization to commence and prosecute an avoidance action on behalf of Combustion Engineering (the "Motion to Shorten"); and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the venue in this Court being proper under 28 U.S.C. §§ 1408 and 1409; ~~and due and proper notice of the Motion to Shorten having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Motion to Shorten being in the best interests of the Debtor and its estate and creditors;~~ and the Court having reviewed the Motion to Shorten; ~~and the Court having determined that the Motion to Shorten establishes just cause for the relief granted herein; and upon all prior proceedings before and submissions to the Court; and sufficient cause appearing therefore, it is hereby~~

ORDERED that the Motion to Shorten is ~~granted;~~ DENIED ~~and it is~~

~~FUTHER ORDERED that Movants' motion for an order authorizing them to commence and prosecute an avoidance action on behalf of Combustion Engineering (Docket No. 1924) shall be heard and considered on the expedited schedule set forth in the Motion to Shorten.~~

Dated: January 25, 2005

*Judith K. Fitzgerald*
rmab
_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE