IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM** #4

IN RE: COMBUSTION ENGINEERING, INC.

---

| | | |
|---|---|---|
| William Airgood, et al. | ) | |
| | ) | |
| Appellants | ) | Civil Action No.   05-231 JEI |
| v. | ) | |
| | ) | |
| | ) | |
| Combustion Engineering, Inc., et al. | ) | |
| Appellee | ) | Bankruptcy Case No.   03-10495 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/10/05 was docketed in the District Court on 4/21/05:

    Appointing Representatives to Pursue avoidance actions on behalf of the
    Bankruptcy estate

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                        Peter T. Dalleo
                        Clerk of Court

Date:   4/21/05

To:   U.S. Bankruptcy Court
        Counsel