IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.<br><br>     Debtor. | Chapter 11<br>Case No. 03-10495-JKF<br><br>Adv. No. 03-50995-JKF |
| WILLIAM AIRGOOD, et al.,<br><br>     Appellants,<br><br>          v.<br><br>COMBUSTION ENGINEERING, INC.,<br>et al.,<br><br>     Appellees. | Civil Action No. 1:05-cv-231 JEI |

**ORDER GRANTING JOINT MOTION FOR STAY OF**
**FURTHER PROCEEDINGS ON APPEAL**

The Joint Motion for Stay of Further Proceedings on Appeal is granted. Further proceedings in this case shall be stayed until October 3, 2005 for the purpose of allowing sufficient time for a confirmation hearing to be held on the Appellee-Debtor's modified plan. In the event that the parties have not dismissed this action by October 3, 2005, the parties shall file on October 3, 2005, a status report that includes a statement regarding the status of the bankruptcy proceedings and the parties' position(s) concerning any action this Court should take in light of the status of the bankruptcy proceedings.

Dated: _____

_____
Joseph E. Irenas
Senior United States District Judge

DOCS_DE:107835.1