IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.<br><br>    Debtor. | Chapter 11<br>Case No. 03-10495-JKF<br><br>Adv. No. 03-50995-JKF |
| WILLIAM AIRGOOD, et al.,<br><br>    Appellants,<br><br>v.<br><br>COMBUSTION ENGINEERING, INC., et al.,<br><br>    Appellees. | Civil Action No. 1:05-cv-231 JEI |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 5th of May, 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

DOCS_DE:107844.1

1.  **JOINT MOTION FOR STAY OF FURTHER PROCEEDING ON APPEAL.**

Dated: May 6, 2003

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 6th of May, 2005

_____
Notary Public
My Commission Expires: 11/4/05

MARY E. CORCORAN
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires Nov. 4, 2005

2

Combustion Engineering 2002 Service List
Case No. 03-10495(JKF)
Document No. 102389
20 - Hand Delivery
43 - First Class Mail
01 – First Class International Mail
20 – Overnight Delivery
02 – E-Mail Delivery


(Counsel for Debtor)
Laura Davis Jones
Curtis Hehn
Michael Migliore
Pachulski, Stang, Ziehl, Young
Jones & Weintraub P.C.
919 North Market Street, 16th Floor
PO Box 8705
Wilmington, Delaware 19899

E-mail: *Fgecker@ngelaw.com*
(Counsel for the Committee)
Frances Gecker
Neal, Gerber & Eisenberg LLP

E-mail: *jfrank@ngelaw.com*
(Counsel for the Committee)
Joseph Frank
Neal Gerber & Eisenberg, LLP

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
Wilmington, DE 19899

*Hand Delivery*
(U.S. Trustee)
Richard Schepacarter
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box No. 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Stonewall Ins. Co Century Indemnity Co.)
Brian L. Kasprzak
Marks, O'Neill, O'Brien and Courtney P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Hasbrouck Haynes, Jr. Trustee of the CE Settlement Trust)
Brett D. Fallon
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Everest Re)
Neil B. Glassman
GianClaudio Finizio
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Wilmington Trust Company)
Derek C. Abbott
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Liberty Mutual Insurance Co.)
Charlene D. Davis
Eric M. Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Joseph F. Rice, Claimant Representative)
Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Hand Delivery*
(Counsel for AIG Member Companies)
William P. Bowden
Ricardo Palacio
Don A. Beskrone
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Certain Claimants)
Richard G. Placey
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

*Hand Delivery*
(Counsel for CNA Insurance Companies)
Kevin Gross
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Andritz (USA), Inc)
Mark D. Collins
Richards, Layton, & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ball Park Food Corp.)
Sasha L. Azar
Jaspan Schlesinger Hoffman LP
1201 North Orange Street, Suite 1001
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Official Creditors' Committee)
Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Asbestos Personal Injury Claimants)
R. Stokes Nolte
Nolte & Brodoway, P.A.
Three Mill Road, Suite 304
Wilmington, DE 19806

*Hand Delivery*
)
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Counsel for First State Insurance Co.)
Karen C. Bifferato
Michelle McMahon
Connoly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
)
James S. Yoder
White & Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Westport Insurance Company)
Peter C. Hughes
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

*Hand Delivery*
(EPA)
Ellen Slights
Chemical Bank Plaza
1201 Market Street, Suite 1100
Wilmington, DE  19801

*First Class Mail*
)
Jonathan Cohen
Gilbert, Heintz & Randolph LLP
1100 York Avenue, N.W., Suite 700
Washington, DC 20005

*First Class Mail*
)
Bankruptcy Counsel
Securities and Exchange Commission
450 5th Street NW
Washington, DC  20549

*First Class Mail*
)
Rhonda Sullivan Cleaves
Waters & Krause
c/o Kirk Stephen Richardson
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

*First Class Mail*
)
District Director
IRS
31 Hopkins Plaza – Room 1150
Baltimore, MD  21201

*First Class Mail*
)
Secretary of Treasury
PO  Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
PO  Box 7040
Dover, DE  19903

*First Class Mail*
(Counsel for 20 Largest)
Hasbrouck Haynes, Jr. CPA
CE Settlement Trust
Haynes Downard Andra & Jones LLP
Two North 20th Street, Suite 550
Birmingham, AL  35203

*First Class Mail*
(Counsel for 20 Largest)
Robert Delatte
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*First Class Mail*
(Counsel for 20 Largest)
Raymond Edward Wadas
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*First Class Mail*
(Counsel for 20 Largest)
Michael Angelider
Jeff Cooper
Marcus Raichle
The Simmons Firm LLC
c/o L. Robert Crismas
707 Berkshire Boulevard
East Alton, IL  62024

*First Class Mail*
(Counsel for 20 Largest)
Estel E. Wandling
The Calwell Practice, PLLC
Law and Arts Center, West
500 Randolph Street
Charleston, WV  25302

*First Class Mail*
(Counsel for 20 Largest)
Charles Alvin Johnson
Thomas Clark Sibley
c/o Shepard A. Hoffman
4514 Cole Avenue, Suite 806
Dallas, TX  75205

*First Class Mail*
(Counsel for 20 Largest)
Kirk Stephen Richardson
c/o Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*First Class Mail*
(Pension Benefit Guaranty)
Deborah J. Bisco
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C.  20005

*First Class Mail*
(Counsel for Hasbrouck Haynes, Jr. Trustee of the CE Settlement Trust)
Robert Rubin
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL  35203

*First Class Mail*
)
Deirdre Woulfe Pacheco
Wilentz, Goldman & Spitzer
90 Woodridge Center Drive
PO Box 10
Woodridge, NJ  07095

*First Class Mail*
(Counsel for Persons With Asbestos-Related Injuries)
Steven T. Baron
J. Todd Kale
Silber Pearlman, LLP
2711 N. Haskell Avenue, 5th Floor, LB32
Dallas, TX  75204

*First Class Mail*
)
Moshe Maimon
Levy, Phillips & Konigsberg LLP
800 Third Avenue, 13th Floor
New York, NY  10022

*First Class Mail*
)
Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
)
Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

*First Class Mail*
(Counsel for Liberty Mutual Insurance Co.)
Robert B. Millner
Chunlin Leonhard
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

*First Class Mail*
)
Michael P. Cascino
Allen D. Vaughan
Cascino Vaughn Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL  60610

*First Class Mail*
)
Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY  10279

*First Class Mail*
(Counsel for Creditor Committee Member)
Bruce Carter
5458 Yosemite Drive
Fairfield Drive
Fairfield, OH  45014

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven J. Kherkhe
Lawrence G. Tien
Williams Bailey Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX  77017

*First Class Mail*
)
Michael Shannon
Travelers Insurance Company
Michael Shannon
National Accounts
1 Tower Square – 5MN
Hartford, CT  06183

*First Class Mail*
(Counsel for Andritz (USA), Inc.)
Jesse H. Austin, II
Karol K. Denniston
K. Carolyn Chayavadhanangkur
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA  30308

*First Class Mail*
(Counsel for Official Creditor Committee)
Gerald F. Munitz
Dimitri G. Karcazes
Goldberg, Kohn, Bell, Black, Rosenbloom
& Moritz, Ltd.
55 East Monroe, Suite 3700
Chicago, IL  60603

*First Class Mail*
)
William J. Perlstein
Craig Goldblatt
Danielle Spinelli
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC  20037

*First Class Mail*
)
William J. Bowman
James P. Ruggeri
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, DC  20004

*First Class Mail*
(Counsel for Allianz Insurance Company)
Robert A. Arcovio
Margolis Edelstein
1500 Grant Building
Pittsburgh, PA  15219

*First Class Mail*
(Counsel for Allianz Insurance Company)
Elit R. Felix, II
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA  19106-3304

*First Class Mail*
(Counsel for Evanston Insurance Company)
Robert P. Seigel
Traub Eglin Lieberman Straus
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY  10532

*First Class Mail*
)
Michael C. Shepard
The Shepard Law Firm, P.C.
10 High Street, Suite 1100
Boston, MA  02110

*First Class Mail*
(Counsel for Nationwide Indemnity Company)
Robert J. Leoni
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE  19713

*First Class Mail*
(Counsel for Westport Insurance Company)
Francis P. Maneri
Scott J. Freedman
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

*First Class Mail*
(Counsel for Employers Mutual)
John Kent
George Dale
Kent & McBride, P.C.
1617 John F. Kennedy Boulevard, Suite 1200
Philadelphia, PA  19103

*First Class Mail*
)
Mark Tanney
Gilbert Heintz & Randolph
1100 New York Avenue, Seventh Floor
Washington, DC  20005

*First Class Mail*
(Counsel for London Market)
Joseph L. Ruby
Baach Robinson & Lewis
1201 F Street, N.W., #500
Washington, DC  20004

*First Class Mail*
)
James E. Wimberley
McPherson, Monk, Hughes, Bradley, Wimberley & Steele, LLP
3120 Central Mall Drive
Port Arthur, TX  77642

*First Class Mail*
(Co-Counsel for Everest Re)
Fred L. Alvarez
Mona M. Stone
David C. Butman
Lord, Bissell & Brook LLP
115 South La Salle Street
Chicago, IL  60603

*First Class Mail*
(Counsel for Ancel Abadie and 410 Additional Claimants)
Julie A. Ardoin
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA  70112

*First Class Mail*
(Environmental Protection Agency)
Henry S. Friedman
Senior Attorney
US Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
PO Box 7611
Ben Franklin Station
Washington, DC  20044

*First Class International Mail*
(Counsel for 20 Largest)
Patrick Kron, Chairman and CEO
Alstom
3 av Andre Malraux
92309 LEVALLOIS PERRET CEDEX
Paris
France

*Overnight Delivery*
(Counsel for London Market)
John S. Spadaro
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE  19805

*Overnight Delivery*
(Counsel for Defendant Victor Trinchese)
Noel C. Burnham
Natalie D. Ramsey
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

*Overnight Delivery*
(Counsel for Defendant Victor Trinchese)
Elizabeth Wall Magner
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LA  70163

*Overnight Delivery*
(Counsel for David Austern)
Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K St., N.W., Suite 300
Washington, DC  20007

*Overnight Delivery*
)
Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

*Overnight Delivery*
(Co-Counsel for Debtor )
Jeffrey N. Rich
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY  10022

*Overnight Delivery*
(Counsel for Joseph Rice, Claimant Representative)
Sander L. Esserman
Robert T. Brousseau
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street., Suite 2200
Dallas, TX  75201

*Overnight Delivery*
(Counsel for Asbestos Claimants)
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*Overnight Delivery*
)
Marilyn Pam
Kirkland & Ellis LLP
200 E. Randolph
Chicago, IL 60601

*Overnight Delivery*
)
Theodore L. Freedman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

*Overnight Delivery*
(Co-Counsel for Debtor)
Judith S. Karp
Kirkpatrick & Lockhart, LLP
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

*Overnight Delivery*
(Co-Counsel for Debtor)
Neal R. Brendel
Kirkpatrick & Lockhart, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

*Overnight Delivery*
)
Ellen G. Margolis
James Dennis
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

*Overnight Delivery*
(Counsel for Stonewall Ins. Co Century Indemnity Co)
Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Overnight Delivery*
(Counsel for Everest Re)
Dennis J. O'Grady
Joseph L. Schwarts
Riker, Danzig, Scherer, Hyland & Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

*Overnight Delivery*
(Counsel for CNA Insurance Companies)
Merril Jay Hirsh
Thomas T. Locke
Ross Dixon & Bell LLP
2001 K Street, N.W.
Washington, DC 20006

*Overnight Delivery*
(Counsel for CNA Insurance Companies)
Mohsin N. Khambati
Lewis S. Rosenbloom
McDermott, Will & Emery
227 W. Monroe Street
Chicago, IL 60606

*Overnight Delivery*
(Counsel for Committee of Unsecured Creditors)
Frances Gecker
Joseph Frank
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602

*Overnight Delivery*
(Counsel for Robert & Joyce Hutchison)
David M. Olenczuk
Robert A. Simon
Simon, Warner & Doby, LLP
301 Commerce, Suite 1700
Fort Worth, TX 76102

*Overnight Delivery*
)
David V. Goodsir
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL  60602

**Appellant Service List**
Case No. 03-10495(JKF)
Document No. 107843
05 -Hand Delivery
08 – First Class Mail

(Counsel to Debtor)
Laura Davis Jones, Esquire
Curtis Hehn, Esquire
Michael Migliore, Esquire
Pachulski, Stang, Ziehl, Young
Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

*Hand Delivery*
(U.S. Trustee)
Richard Schepacarter, Esquire
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box No. 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Wilmington Trust Company)
Derek C. Abbott, Esquire
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Hand Delivery*
(Counsel for the Official Committee of Unsecured Creditors)
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Hasbrouck Haynes, Jr., Trustee of CE Settlement Trust)
Brett D. Fallon, Esquire
Morris James Hitches & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

*Hand Delivery*
(Co-Counsel for Joseph F. Rice, Claimant Representative)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class Mail*
(Counsel for Defendant Victor Trinchese)
Noel C. Burnham, Esquire
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

*First Class Mail*
(Counsel for Defendant Victor Trinchese)
Elizabeth Wall Magner, Esquire
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LA 70163-1806

*First Class Mail*
)
Dean A. Hanley, Esquire
Paul Hanley & Harley LLP
1608 Fourth Street
Suite 300
Berkeley, CA 94710

*First Class Mail*
)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St., Suite 2200
Dallas, TX 75201-2689

*First Class Mail*
)
Jeffrey N. Rich, Esquire
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022

*First Class Mail*
(Attorney for William Airgood, Anthony DeFabbo, and Eric Travers)
Samantha L. Southhall, Esquire
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY 10019

*First Class Mail*
(Co-counsel for David Austern, Futures Representative)
Roger Frankel, Esquire
Swidler Berlin LLP
The Washington Harbour
3000 "K" Street, NW, Suite 300
Washington, DC 20007

*First Class Mail*
(Counsel for the Official Committee of Unsecured Creditors)
Frances Gecker, Esquire
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602