## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COMBUSTION ENGINEERING, INC. | ) | Bankruptcy Case No. 03-10495 |
| | ) | |
| | ) | |
| William Airgood, *et al.*, | ) | Civil Action No. 05-231 JEI |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Combustion Engineering, Inc., *et al.*, | ) | |
| | ) | |
| Appellees | ) | |

### STIPULATION OF AGREEMENT OF VOLUNTARY DISMISSAL OF
### APPEAL PURSUANT TO BANKRUPTCY RULE 8001(C)(2)

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the parties to

the above-captioned appeal, do hereby agree to the voluntary dismissal of the appeal (the

"Appeal"). A Notice of Appeal was filed by Appellants on February 22, 2005 (Adv. Docket No.

104; Main Case Docket No. 2075).

The parties do hereby further agree to pay any court costs or fees associated with the

Appeal or the voluntary dismissal thereof. Such costs and fees shall be borne by the party which

incurred the respective cost or fee.

A proposed form of Order dismissing the Appeal is annexed hereto.

Dated: _September 13_

_____

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:      (302) 654-0248
Facsimile:       (302) 654-0728
Email:            loizides@loizides.com

-- and --

Irving Cohen, Esquire
COHEN POPE, LLC
1633 Broadway, 20th Floor
New York, NY  10019

_Counsel for Appellants Michael Pope,_
_Anthony DeFabbo and Eric Travers_


Dated: _____

_____

Laura Davis Jones
Curtis Hehn
PACHULSKI STANG ZIEHL YOUNG
        JONES & WEINTRAUB
919 North Market Street, 16th Floor
P.O. Box 8075
Wilmington, DE  19899-8075

-- and --

Jeffrey Rich
KIRKPATRICK LOCKHART NICHOLSON &
        GRAHAM LLP
599 Lexington Avenue
New York, NY  10022-6030

_Counsel for the Appellee Debtor and_
_Debtor-in-Possession_

A proposed form of Order dismissing the Appeal is annexed hereto.

Dated: _____

                                        _____
                                          Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

-- and --

Irving Cohen, Esquire
COHEN POPE, LLC
1633 Broadway, 20th Floor
New York, NY 10019

*Counsel for Appellants Michael Pope,
Anthony DeFabbo and Eric Travers*

Dated: 9/9/05

_____
Laura Davis Jones
Curtis Hehn
PACHULSKI STANG ZIEHL YOUNG
       JONES & WEINTRAUB
919 North Market Street, 16th Floor
P.O. Box 8075
Wilmington, DE 19899-8075

-- and --

Jeffrey Rich
KIRKPATRICK LOCKHART NICHOLSON &
       GRAHAM LLP
599 Lexington Avenue
New York, NY 10022-6030

*Counsel for the Appellee Debtor and
Debtor-in-Possession*

Dated: _September 1, 2005_

Noel Burnham
MONTGOMERY McCRACKEN
    WALKER & RHOADS LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

-- and --

Elizabeth Wall Magner
1100 Poydras Street, Suite 1806
Energy Centre
New Orleans, LA 70163-1806

*Counsel for Francesca Trinchese, Successor-in-
Interest to Victor Trinchese, Deceased Party*

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 13th day of September, 2005, I did

cause to be served true and correct copies of the foregoing **Stipulation of Agreement of**

**Voluntary Dismissal of Appeal Pursuant to Bankruptcy Rule 8001(C)(2)** on the parties listed

on the attached service list as indicated thereon.

Dated: September 13, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:      (302) 654-0248
Facsimile:      (302) 654-0728
E-mail:         loizides@loizides.com

*Counsel for Appellants Michael Pope,*
*Anthony DeFabbo and Eric Travers*

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
Wilmington, DE 19801
*Co-Counsel for the Appellee Debtor and Debtor-in-Possession*

Jeffrey Rich, Esquire
Kirkpatrick Lockhart Nicholson & Graham LLP
599 Lexington Avenue
New York, NY 10022
*Co-Counsel for the Appellee Debtor and Debtor-in-Possession*

Noel Burnham, Esquire
Montgomery McCracken Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Co-Counsel for Francesca Trinchese, successor-in-interest
     to Victor Trinchese, deceased party*

Elizabeth Wall Magner, Esquire
1100 Poydras Street, Suite 1806
Energy Centre
New Orleans, LA 70163-1806
*Co-Counsel for Francesca Trinchese, successor-in-interest
     to Victor Trinchese, deceased party*

Dean Hanley, Esquire
Paul Hanley & Harley, LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
*Co-Counsel for Francesca Trinchese, successor-in-interest
     to Victor Trinchese, deceased party*

Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*Co-Counsel for The Official Committee of Unsecured Creditors
     of Combustion Engineering, Inc.*

Frances Gecker, Esquire
Frank Gecker LLP
325 No. LaSalle, Suite 625
Chicago, IL 60610
*Co-Counsel for The Official Committee of Unsecured Creditors*
*of Combustion Engineering, Inc.*

Brett Fallon, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for Hasbrouch Haynes, Jr., Trustee of CE Settlement Trust*

John Phillips, Esquire
Phillips Goldman & Spence PA
1200 No. Broom Street
Wilmington, DE 19806
*Co-Counsel for David Austern, Futures Representative*

Roger Frankel, Esquire
Swidler Berlin Shereff & Friedman
The Washington Harbour
3000 "K" Street, NW, Suite 300
Washington, DC 20007
*Co-Counsel for David Austern, Futures Representative*

Derek Abbott, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for Wilmington Trust Company*

Daniel Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
*Co-Counsel for Joseph Rice, Claimant Representative*

Sander Esserman, Esquire
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-4900
*Co-Counsel for Joseph Rice, Claimant Representative*

Richard Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801