## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| COMBUSTION ENGINEERING, INC. | ) |
| | ) |
| | ) |
| William Airgood, *et al.*, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| Combustion Engineering, Inc., *et al.*, | ) |
| | ) |
| Appellees | ) |

Bankruptcy Case No. 03-10495

Civil Action No. 05-231 JEI

## ORDER DISMISSING APPEAL
## PURSUANT TO BANKRUPTCY RULE 8001(C)(2)

WHEREAS, on February 22, 2005, Appellants filed a Notice of Appeal (the "Appeal"); and

WHEREAS, pursuant to Bankruptcy Rule 8001(c)(2), the parties to this action have entered into a Stipulation of Agreement of Voluntary Dismissal of the Appeal dated September 13, 2005.

NOW THEREFORE, IT IS HEREBY ORDERED that:

The Appeal is hereby dismissed.

IT IS FURTHER ORDERED that:

The parties shall bear any costs or fees associated with this Appeal or the voluntary dismissal thereof, such costs and fees to be borne by the party which incurred the respective cost or fee.

Dated: _____, 2005        _____

Honorable Joseph E. Irenas
United States District Court Judge