IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| COMBUSTION ENGINEERING, INC. | ) Bankruptcy Case No. 03-10495 |
| William Airgood, *et al.*, | ) Civil Action No. 05-231 JEI |
| Appellants, | ) |
| v. | ) |
| Combustion Engineering, Inc., *et al.*, | ) |
| Appellees | ) |

**ORDER DISMISSING APPEAL
PURSUANT TO BANKRUPTCY RULE 8001(C)(2)**

WHEREAS, on February 22, 2005, Appellants filed a Notice of Appeal (the "Appeal"); and

WHEREAS, pursuant to Bankruptcy Rule 8001(c)(2), the parties to this action have entered into a Stipulation of Agreement of Voluntary Dismissal of the Appeal dated September 13, 2005.

NOW THEREFORE, IT IS HEREBY ORDERED that:

The Appeal is hereby dismissed.

IT IS FURTHER ORDERED that:

The parties shall bear any costs or fees associated with this Appeal or the voluntary dismissal thereof, such costs and fees to be borne by the party which incurred the respective cost or fee.

Dated: 9/14/05, 2005

_____
Honorable Joseph E. Irenas
United States District Court Judge

05080314153.DOC